**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMAL FRANKLIN,**

    **Plaintiff,**

vs.                                        **Case No. 4:17cv169-MW/CAS**

**SPRINGWOOD TOWN HOMES,
NATALIE S. JONES,
and ASPEN SQUARE,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, filed an amended civil rights complaint, ECF No. 5, on April 24, 2017. The amended complaint was reviewed and, because it was insufficient, Plaintiff was directed to file a second amended complaint on or before **May 23, 2017**. As of this date, Plaintiff has not complied.

Plaintiff was specifically warned that failure to comply with that Order would result in a recommendation of dismissal of this action. ECF No. 6. Because Plaintiff did not comply, it appears that Plaintiff has abandoned

this litigation. In light of Plaintiff's failure to prosecute and comply with a court Order, this case should now be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a court Order and for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on June 1, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv169-MW/CAS